UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHELLE S. DAHLKE,

                Plaintiff,                ORDER

     v.                               Case No. 12-cv-669-bbc

CLIFTONLARSONALLEN, LLP,

                Defendant(s).

---

     The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

     Entered this _____ day of May, 2013.

                                                Barbara B. Crabb
                                               District Judge